**Willie Ray HINES and Ronald Hines, Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 9, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Warren Circuit Court; Robert M. Coleman, Judge.

Douglas E. Robertson, Allender & Robertson, Bowling Green, for appellants.

Ed W. Hancock, Atty. Gen., John M. Famularo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Eugene D. METZ, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 11, 1974.

Appeal from Carroll Circuit Court; James R. Ford, Judge.

William A. Carter, Carrollton, Howell W. Vincent, Covington, Eugene D. Smith, Cincinnati, Ohio, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Hunter LIGHTFOOT et al., Appellants,**

v.

**W. E. UPTON, Exec. of the Estate of Zula L. Upton, etc., et al., Appellee.**

Court of Appeals of Kentucky.

Nov. 23, 1973.

Rehearing Denied Feb. 8, 1974.

Appeal from Warren Circuit Court; Thomas W. Hines, Judge.

Chester I. Bays, Bowling Green, for appellants.

B. G. Davidson, Bowling Green, for appellees.

Memorandum Opinion of the Court by Special Commissioner E. SKILES JONES, Affirming.*

**Ila Mae SLAVEN et al., Appellants,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 11, 1974.

Appeal from McCreary Circuit Court; Pleas Jones, Judge.

W. L. Rose, Williamsburg, for appellants.

Ed W. Hancock, Atty. Gen., Douglas E. Johnson, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Reversing.*

* Opinion ordered not to be published.